UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Frank Franco & Josephine Franco,

Debtors.

Case No.: 19-20852-SLM

Chapter: 13

Hearing Date: 4/24/2024

Judge: Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 32 Pennington Avenue (Docket # 77)

_____

Date: 04/23/2024                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*