Certificate Number: 20476-NJ-DE-038556014

Bankruptcy Case Number: 19-20852



20476-NJ-DE-038556014

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2024, at 6:48 o'clock PM EDT, Frank Franco completed a course on personal financial management given by internet by Marie-Ann Greenberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  June 9, 2024            By:    /s/Scott E Kehiaian

                               Name:  Scott E Kehiaian

                               Title: TEN Representative