UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Frank Franco and Josephine Franco

Case No.: _____19-20852_____

Adversary No.: _____

Chapter: _____13_____

Judge: _____Stacey L. Meisel_____

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: ___CKS Financial (creditor)_____
(Example: John Smith, creditor)

Old address: ___CKS Financial_____
___(Notices) PO Box 2856 Chesapeake VA, 23327___
___(Payments) PO Box 2856 Chesapeake VA, 23327___

New address: ___CKS Financial_____
___(Notices) PO Box 788  Kirkland, WA 98083-0788___
___(Payments)  PO Box 2489  Kirkland, WA 98083-2489___

New phone no.: ___425-242-7100 (creditor)_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: ___06/12/2024_____

/s/ Jettie Brown
_____
Signature      Authorized Agent for Creditor

*rev.8/1/2021*