| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Frank Franco<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6188<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Josephine Franco<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4892<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number: 19–20852–SLM | | |

## Order of Discharge                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frank Franco                       Josephine Franco
                                   aka Josephine Squillace

10/3/24                            **By the court:** <u>Stacey L. Meisel</u>
                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-20852-SLM |
| Frank Franco | Chapter 13 |
| Josephine Franco | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Oct 03, 2024 | Form ID: 3180W | Total Noticed: 113 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank Franco, Josephine Franco, 32 Pennington Avenue, Waldwick, NJ 07463-1526 |
| cr | + | AIS Portfolio Services, LLC Attn: Ford Motor Credi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | Ford Motor Credit Company LLC., servicer for CAB E, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 518272988 | + | Allstate NJ Inc. Co., PO Box 4310, Carol Stream, IL 60197-4310 |
| 518272993 | | American Honda Finance Corporation, c/o Synergetic Communication, Inc., 5460 N.W. Central $220, Houston, TX 77092 |
| 518272995 | + | American Total Lawn Care LLC, 56 Overpeck Ave., Ridgefield Park, NJ 07660-1822 |
| 518272998 | + | Bureaus Investment Group, c/o Stoneleigh Recovery Associates, PO Box 1479, Lombard, IL 60148-8479 |
| 518376697 | | CKS Financial, PO Box 788, Kirkland, WA 98083-0788 |
| 518273000 | + | Capital One Bank, c/o Altran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |
| 518273001 | + | Capital One Bank, c/o Stoneleigh Recovery Assoc., PO Box 1479, Lombard, IL 60148-8479 |
| 518273010 | + | Citibank, N.A., c/o Global Credit & Collection Corp., PO Box 2127, Schiller Park, IL 60176-0127 |
| 518273021 | + | Dr. Frederick W. DeNike, 24 Emerson Plaza West, Emerson, NJ 07630-1826 |
| 518273022 | + | Dr. John T. Cozzone, 1 West Ridgewood Ave., Suite 302, Paramus, NJ 07652-2361 |
| 518273027 | + | Joe Lo Martire, J&L Landscaping, 48 Lindbergh Parkway, Waldwick, NJ 07463-1329 |
| 518273033 | + | New Jersey Manufacturers, c/o Convergent Commercial, Inc., 925 Westchester Ave., Suite 101, West Harrison, NY 10604-3562 |
| 518273034 | + | PerkinElmer Labs, NTD, PO Box 504543, Saint Louis, MO 63150-4543 |
| 518273036 | + | Portfolio Recovery Assoc., c/o Forster, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725-5710 |
| 518273040 | + | Quest Diagnostics, c/o American Medical Collection Agency, PO Box 1235, Elmsford, NY 10523-0935 |
| 518273050 | + | Synchrony Bank, c/o NCC Business Services of Ohio, 16605 North 28th Ave., Suite A-106, Phoenix, AZ 85053-7551 |
| 518273058 | | The Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |
| 518273056 | + | The Valley Hospital, c/o Meridian Resource Co., PO Box 659505, San Antonio, TX 78265-9505 |
| 518273063 | + | Victoria's Secret, Atlantic Credit and Finance, Inc., PO Box 2001, Warren, MI 48090-2001 |
| 518273065 | + | Waldwick Water Department, PO Box 65, Waldwick, NJ 07463-0065 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 03 2024 20:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 03 2024 20:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: BASSASSOC.COM | Oct 04 2024 00:25:00 | Oliphant Financial, LLC, Bass & Associates P.C., 3936 E. Ft. Lowell Rd., Ste. 200, Tuczon, AZ 85712-1083 |
| cr | ^ | MEBN | Oct 03 2024 20:40:57 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 518336929 | | Email/Text: Bankruptcy@absoluteresolutions.com | | |

Case 19-20852-SLM    Doc 92    Filed 10/05/24    Entered 10/06/24 00:16:00    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: 3180W | Total Noticed: 113 |

| | | | |
|---|---|---|---|
| | | Oct 03 2024 20:41:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 518272985 | + Email/Text: bkr@virtuososourcing.com | Oct 03 2024 20:42:00 | ADT Secuirty, c/o Virtuoso Sourcing Group, 4500 Cherry Creek South Drive, Suite 500, Denver, CO 80246-1500 |
| 518272986 | + Email/Text: amscbankruptcy@adt.com | Oct 03 2024 20:43:00 | ADT Secuirty, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 518272991 | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 03 2024 20:43:00 | American Honda Finance, Po Box 168088, Irving, TX 75016 |
| 518312006 | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 03 2024 20:43:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518273026 | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 03 2024 20:43:00 | Honda Financial Services, PO Box 7829, Philadelphia, PA 19101 |
| 518272984 | + Email/Text: bncnotices@stengerlaw.com | Oct 03 2024 20:41:00 | Absolute Resolutions Investment, Cross River Bank/Best Egg, c/o Stenger & Stenger PC, 2618 East Paris Ave. SE, Grand Rapids, MI 49546-2454 |
| 518272987 | + Email/PDF: AffirmBKNotifications@resurgent.com | Oct 03 2024 20:49:13 | Affirm Inc, 633 Folsom St Fl 7, San Francisco, CA 94107-3618 |
| 518272989 | + EDI: CCS.COM | Oct 04 2024 00:31:00 | Allstate NJ Insurance Company, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 518272990 | + Email/Text: bkfilings@zwickerpc.com | Oct 03 2024 20:43:00 | American Express, c/o Zwicker & Associates, Peter N. Fish, Esq., 1105 Laurel Oak Road, Suite 136, Voorhees, NJ 08043-4312 |
| 518346770 | Email/PDF: bncnotices@becket-lee.com | Oct 03 2024 21:16:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518272992 | + Email/Text: compliance@sentrycredit.com | Oct 03 2024 20:43:00 | American Honda Finance Corp., c/o Sentry Credit Inc., PO Box 12070, Everett, WA 98206-2070 |
| 518272994 | ^ MEBN | Oct 03 2024 20:42:07 | American Honda Finance Corporation, c/o MRS BPO, LLC, 1930 Olney Ave., Cherry Hill, NJ 08003-2016 |
| 518272996 | + Email/PDF: bncnotices@becket-lee.com | Oct 03 2024 21:03:56 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518272997 | ^ MEBN | Oct 03 2024 20:42:31 | BioReference Laboratories, PO Box 21134, New York, NY 10087-1134 |
| 518357077 | EDI: Q3GTBI | Oct 04 2024 00:31:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518273014 | ^ MEBN | Oct 03 2024 20:42:09 | CKS Prime Investments LLC, Cross River Bank, c/o Alpha Recovery Corp., 6912 S. Quentin St., Unit 10, Englewood, CO 80112-4531 |
| 518272999 | + EDI: CAPITALONE.COM | Oct 04 2024 00:31:00 | Cap1/dbarn, Capital One Retail Srvs/Attn: Bankruptcy, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 518273002 | + Email/Text: bknotice@ercbpo.com | Oct 03 2024 20:43:00 | Capital One Bank, c/o ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 518332897 | Email/PDF: bncnotices@becket-lee.com | Oct 03 2024 21:05:02 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518273004 | ^ MEBN | Oct 03 2024 20:39:54 | Capital One, N.A., c/o Professional Placement Services, LLC, PO Box 612, Milwaukee, WI 53201-0612 |
| 518273003 | + EDI: CAPITALONE.COM | Oct 04 2024 00:31:00 | Capital one Retail Services, Lord & Taylor, PO Box 71106, Charlotte, NC 28272-1106 |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| 518273005 | + EDI: URSI.COM | Oct 04 2024 00:25:00 | Citibank, c/o Altran Financial, LP, PO Box 722910, Houston, TX 77272-2910 |
| 518273006 | + EDI: CITICORP | Oct 04 2024 00:31:00 | Citibank / Sears, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 518273007 | + Email/Text: ngisupport@radiusgs.com | Oct 03 2024 20:42:00 | Citibank N.A., c/o Radius Global Solutions, PO Box 390905, Mail Code CBNK, Minneapolis, MN 55439-0905 |
| 518273008 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 03 2024 20:43:00 | Citibank NA, c/o Atlantic Credit & Finance Inc., PO Box 2083, Warren, MI 48090-2083 |
| 518395196 | + EDI: CITICORP | Oct 04 2024 00:31:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518273009 | + Email/Text: BAN5620@UCBINC.COM | Oct 03 2024 20:42:00 | Citibank, N.A., c/o United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 518273011 | + EDI: CITICORP | Oct 04 2024 00:31:00 | Citibank/Best Buy, Centralized Bk/Citicorp Credt Srvs, Po Box 790040, St Louis, MO 63179-0040 |
| 518273012 | + EDI: CITICORP | Oct 04 2024 00:31:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 518273013 | + EDI: CITICORP | Oct 04 2024 00:31:00 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 518273015 | + EDI: WFNNB.COM | Oct 04 2024 00:31:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518273016 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 03 2024 20:43:00 | Comenity Capital Bank, c/o Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 518273017 | EDI: WFNNB.COM | Oct 04 2024 00:31:00 | Comenity Capital/mprc, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 518273064 | EDI: CITICORP | Oct 04 2024 00:31:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 518273018 | + Email/Text: GCSBankruptcy@gcserv.com | Oct 03 2024 20:41:00 | Department Stores NA, c/o GC Services LP, PO Box 3855, Houston, TX 77253-3855 |
| 518273020 | + Email/Text: cms-bk@cms-collect.com | Oct 03 2024 20:42:00 | Department Stores NB Macy's, c/o Capital Management Svc., 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 518273019 | + Email/Text: legal@arsnational.com | Oct 03 2024 20:42:00 | Department Stores National Bank, c/o ARS National Services Inc., PO Box 469100, Escondido, CA 92046-9100 |
| 518394480 | EDI: Q3G.COM | Oct 04 2024 00:31:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518284959 | Email/Text: EBNBKNOT@ford.com | Oct 03 2024 20:43:00 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 518273025 | Email/Text: bk@freedomfinancialnetwork.com | Oct 03 2024 20:41:00 | Freedom Plus, 1875 S Grant St Ste 400, San Mateo, CA 94402 |
| 518273023 | + EDI: CRFRSTNA.COM | Oct 04 2024 00:25:00 | Firestone, Credit First NA, PO Box 81344, Cleveland, OH 44188-0001 |
| 518273024 | + Email/Text: EBNBKNOT@ford.com | Oct 03 2024 20:43:00 | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 520179366 | + EDI: AISACG.COM | Oct 04 2024 00:31:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

Case 19-20852-SLM    Doc 92    Filed 10/05/24    Entered 10/06/24 00:16:00    Desc Imaged
                           Certificate of Notice    Page 6 of 8

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: 3180W | Total Noticed: 113 |

| | | | | |
|---|---|---|---|---|
| 518273028 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 03 2024 20:41:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 518273029 | + | Email/Text: correspondence@credit-control.com | Oct 03 2024 20:42:00 | Macy's, c/o Credit Control, LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 520024183 | + | EDI: AISMIDFIRST | Oct 04 2024 00:25:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 520024182 | + | EDI: AISMIDFIRST | Oct 04 2024 00:25:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518273031 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 03 2024 20:43:00 | Midland Funding LLC, c/o Midland Credit Management, PO Box 51319, Los Angeles, CA 90051-5619 |
| 518351704 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 03 2024 20:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518273037 | | EDI: PRA.COM | Oct 04 2024 00:31:00 | Portfolio Recovery Associates, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 518397674 | | EDI: PRA.COM | Oct 04 2024 00:31:00 | Portfolio Recovery Associates, LLC, C/O Citibank, N.a., POB 41067, Norfolk VA 23541 |
| 518381432 | | EDI: PRA.COM | Oct 04 2024 00:31:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 518390917 | | EDI: PRA.COM | Oct 04 2024 00:31:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 518273032 | | Email/Text: signed.order@pfwattorneys.com | Oct 03 2024 20:42:00 | Midland Funding LLC, Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 518273030 | | Email/Text: signed.order@pfwattorneys.com | Oct 03 2024 20:42:00 | Midland Funding LLC, c/o Pressler, Felt & Warshaw, LLP, 7 Entiin Road, Parsippany, NJ 07054 |
| 518273038 | ^ | MEBN | Oct 03 2024 20:41:56 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 518273035 | + | EDI: PRA.COM | Oct 04 2024 00:31:00 | Portfolio Recovery Assoc, c/o Snchrony Bank, PO Box 41021, Norfolk, VA 23541-1021 |
| 518273039 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Oct 03 2024 20:43:00 | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 518273043 | | Email/Text: rghani@sovms.com | Oct 03 2024 20:41:00 | Sovereign Medical Group, 85 Harristown Road, 2nd Floor, Glen Rock, NJ 07452 |
| 518273045 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Oct 03 2024 20:47:54 | SST/Best Egg, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 518273042 | + | Email/Text: mediamanagers@clientservices.com | Oct 03 2024 20:41:00 | Sears Gold Mastercard, c/o Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-4047 |
| 518273044 | + | EDI: AISTMBL.COM | Oct 04 2024 00:25:00 | Sprint, Customer Service, PO Box 629023, El Dorado Hills, CA 95762-9023 |
| 518273046 | + | EDI: SYNC | Oct 04 2024 00:25:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 518273047 | + | EDI: SYNC | Oct 04 2024 00:25:00 | Syncb/Toys R Us, Po Box 965064, Orlando, FL 32896-5064 |
| 518273052 | + | Email/Text: legal@arsnational.com | Oct 03 2024 20:42:00 | Synchrony Bank, c/o ARS National Services Inc., PO Box 469046, Escondido, CA 92046-9046 |
| 518273054 | + | Email/Text: crdept@na.firstsource.com | Oct 03 2024 20:43:00 | Synchrony Bank, c/o First Source, PO Box 628, Buffalo, NY 14240-0628 |

Case 19-20852-SLM   Doc 92   Filed 10/05/24   Entered 10/06/24 00:16:00   Desc Imaged
Certificate of Notice   Page 7 of 8

| District/off: 0312-2 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Oct 03, 2024 | Form ID: 3180W | Total Noticed: 113 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518273048 | + | EDI: SYNC | Oct 04 2024 00:25:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518275480 | ^ | MEBN | Oct 03 2024 20:40:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518273051 | + | EDI: SYNC | Oct 04 2024 00:25:00 | Synchrony Bank, c/o Advanced Call Center Technologies, PO Box 9091, Johnson City, TN 37615-9091 |
| 518273053 | + | EDI: PRA.COM | Oct 04 2024 00:31:00 | Synchrony Bank, c/o Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 518273055 | + | Email/Text: ngisupport@radiusgs.com | Oct 03 2024 20:42:00 | TD Bank, N.A., c/o Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 518273057 | + | Email/Text: dlewis@csandw-llp.com | Oct 03 2024 20:42:00 | The Valley Hospital, c/o Celentano, Stadtmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 518298927 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 03 2024 21:03:27 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 518341725 | | EDI: USBANKARS.COM | Oct 04 2024 00:31:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 518273061 | | EDI: USBANKARS.COM | Oct 04 2024 00:31:00 | US Bank/Rms CC, Card Member Services, Po Box 108, St Louis, MO 63166 |
| 518273060 | + | Email/Text: ngisupport@radiusgs.com | Oct 03 2024 20:42:00 | US Bank NA, c/o Northland Group, PO Box 390900, Mail Code UBN11, Minneapolis, MN 55439-0990 |
| 518273059 | + | Email/Text: ngisupport@radiusgs.com | Oct 03 2024 20:42:00 | US Bank NA, c/o Radius Global Solutions, PO Box 390900, Mail Code UBN11, Minneapolis, MN 55439-0990 |
| 518373259 | + | EDI: AIS.COM | Oct 04 2024 00:31:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518273062 | + | EDI: VERIZONCOMB.COM | Oct 04 2024 00:31:00 | Verizon, 500 Technology Drive, Suite 500, Saint Charles, MO 63304-2225 |
| 518273067 | | EDI: WFFC | Oct 04 2024 00:31:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 518273069 | + | EDI: WFFC2 | Oct 04 2024 00:31:00 | WFFNB/Bobs Discount Furniture, Po Box 10438, Des Moines, IA 50306-0438 |
| 518354358 | + | EDI: WFFC2 | Oct 04 2024 00:31:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 518366833 | | EDI: WFFC2 | Oct 04 2024 00:31:00 | Wells Fargo Bank, N.A., P.O. Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518273066 | + | EDI: WFFC | Oct 04 2024 00:31:00 | Wells Fargo Financial National Bank, MAC # N8235-040, 7000 Vista Drive, West Des Moines, IA 50266-9310 |
| 518273068 | + | EDI: WFFC | Oct 04 2024 00:31:00 | Wells Fargo Home Mortgage, PO Box 105647, Atlanta, GA 30348-5647 |

TOTAL: 90

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518332933 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| | | |
|---|---|---|
| 518273041 | ##+ | ReadyRefresh by Nestle, c/o Associated Credit Services, 115 Flanders Road, Suite 140, PO Box 5171, Westborough, MA 01581-1087 |
| 518273049 | ##+ | Synchrony Bank, c/o Glenn Stuart Garbus, Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Jeffrey W. Herrmann | on behalf of Joint Debtor Josephine Franco jwh@njlawfirm.com ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com |
| Jeffrey W. Herrmann | on behalf of Debtor Frank Franco jwh@njlawfirm.com  ap@njlawfirm.com;md@njlawfirm.com;r57289@notify.bestcase.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC.  servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mercedes Diego | on behalf of Debtor Frank Franco md@njlawfirm.com  jwh@njlawfirm.com |
| Mercedes Diego | on behalf of Joint Debtor Josephine Franco md@njlawfirm.com  jwh@njlawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9